UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Hyrum S. Johnson, | ) | Case No. 05-cv-1062 DSD/SRN |
| | ) | 8:05CV373 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Union Pacific Railroad Company, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming before the Court on Stipulation of the parties,

IT IS HEREBY ORDERED that this matter be transferred from the United States District Court, District of Minnesota, to the United States District Court, District of Nebraska.

Dated: July 27, 2005.                    BY THE COURT:

s/David S. Doty
David S. Doty
Judge of U.S. District Court

A true printed copy in __1__ sheet(s)
of the electronic record filed on 7-27-05,
in the United States District Court
for the District of Minnesota.
CERTIFIED, __July 28__, 20 _05_.
RICHARD D. SLETTEN
BY: _____
          Deputy Clerk



RECEIVED

AUG 0 1 2005

CLERK
U.S. DISTRICT COURT
OMAHA