IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HYRUM S. JOHNSON,            )
                            )
            Plaintiff,      )              8:05CV373
                            )
        v.                  )
                            )
UNION PACIFIC RAILROAD       )              ORDER
COMPANY, a Delaware         )
Corporation,                )
                            )
            Defendant.      )
_____

        The joint oral motion of counsel is granted and,

        IT IS ORDERED:

        1.  The prior order setting case on an accelerated schedule,
filing 13, is withdrawn.

        2.  The clerk shall send the normal scheduling letter to
counsel forthwith.

        DATED this 26th day of August, 2005.

                            BY THE COURT:

                            s/ David L. Piester

                            David L. Piester
                            United States Magistrate Judge