IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HYRUM S. JOHNSON,                    )
                                     )
                    Plaintiff,       )                    8:05cv373
                                     )
            v.                       )
                                     )
UNION PACIFIC RAILROAD COMPANY,      )                    ORDER
                                     )
            Defendant.               )
_____    )


        IT HEREBY IS ORDERED:

        Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by September 19, 2005,  file their Report of Parties' Planning Conference.


        DATED August 30, 2005.


                                        /s/  David L. Piester
                                     United States Magistrate Judge