```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The parties' corresponding motions to continue the progression order, filings 35 and 36, are granted, and:

   1.   The jury trial is continued and is set to commence at 1:30 p.m. on October 16, 2006 for five trial days, in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**, before the undersigned United States Magistrate Judge.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

   2.   The pretrial conference will be held September 21, 2006 at 11:00 a.m. before the undersigned magistrate judge in **Lincoln, Nebraska.**

   3.   The deposition deadline is continued to August 4, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

   4.   All other provisions of the court's order setting this case for trial shall remain in effect.

   DATED this 1st day of March, 2006.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge