IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUL 11   AM 10: 52

OFFICE OF THE CLERK

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | Case Number: 8:05CV373 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| UNION PACIFIC RAILROAD | ) | UNITED STATES MAGISTRATE JUDGE |
| COMPANY, a Delaware Corporation, | ) | AND |
| | ) | ORDER OF REFERENCE |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | PLAINTIFF | 7/5/06 |
| | For | | |
| | For | | |
| | For | | |
| | For | | |

RECEIVED
          7  2006
          COURT

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable DAVID L. PIESTER, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____   _____
Date                      United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | Case Number: 8:05CV373 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| UNION PACIFIC RAILROAD | ) | **UNITED STATES MAGISTRATE JUDGE** |
| COMPANY, a Delaware Corporation, | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ [signature] | For Union Pacific Railroad Co. | 7/5/06 |
| | For _____ | _____ |
| RECEIVED | For _____ | _____ |
| | For _____ | _____ |
| JUL 6 2006 | For _____ | _____ |

CLERK
U.S. DISTRICT COURT
OMAHA

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable **David L. Piester**, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____          _____
Date                                United States District Judge

~~NOTE~~: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | Case No. 8:05CV373 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF REFERENCE |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The parties consent that this case be referred to the Honorable David L. Piester, United States Magistrate Judge,

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636 (c), Fed. R. Civ. P. 73.

Dated this 11th day of July, 2006.

BY THE COURT:

Richard G. Kopf
United States District Judge