IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HYRUM S. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 8:05CV373 |
| ) | |
| v. ) | |
| ) | |
| UNION PACIFIC RAILROAD ) | ORDER |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

The joint motion and stipulation of the parties, filing 40, to amend the progression order is granted and,

1. The jury trial is continued to February 26, 2007, at 1:30 p.m. for a duration of five trial days, in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte**, Nebraska, before the undersigned United States Magistrate Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

2. The pretrial conference will be held January 31, 2007 at 11:00 a.m. before the undersigned magistrate judge in chambers, 566 Federal Building, Robert V. Denney Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.

3. The deposition deadline is continued to January 17, 2007, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED July 13, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge