```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

The court has been advised that this matter did not settle at mediation.

IT THEREFORE HEREBY IS ORDERED,

This case is placed back on the trial docket, and

1.  The pretrial conference will be held April 3, 2007 at 10:30 a.m. before the undersigned magistrate judge in chambers, 566 Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.

2.  Jury trial is set for 1:00 p.m., April 30, 2007 for a duration of five days before the undersigned in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street **North Platte**, Nebraska, before the undersigned magistrate judge. Jury selection will be held at commencement of trial.

DATED this 12th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge