```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.  Defendant's motion to continue trial date, filing 67, is granted.

2.  Jury trial is continued from April 30 to May 21, 2007 at 1:00 p.m. for a duration of five trial days before the undersigned magistrate judge in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte**, Nebraska.  Trial is subject to the prior disposition or continuance of Jensen v. Mishler, 7:06cv5011.  Jury selection will be held at commencement of trial.

3.  If trial is not reached on May 21, it will commence on May 29, 2007 at 1:00 p.m. in North Platte.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge