```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's unopposed oral motion to move the trial date to May 30, 2007 is granted.

2. The backup trial setting on May 21 is removed from the calendar.

3. Jury trial is set for May 30, 2007 at 9:00 a.m. for a duration of five trial days before the undersigned magistrate judge in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte**, Nebraska. Jury selection will be held at commencement of trial.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge