IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint oral motion to continue the pretrial conference is granted, and the pretrial conference is continued from April 3 to May 2, 2007 at 11:00 a.m. The conference will be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 21st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge