```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the joint oral motion of the parties,

1. The deadline for disclosure of expert and nonexpert witnesses is set for May 4, 2007.

2. Motions contesting the admission of expert testimony at trial (see <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993)) shall be filed on or before May 14, 2007. Any response to such motions shall be filed within seven calendar days thereafter. No reply shall be filed without leave of the court for good cause shown.

3. Motions in limine shall be filed on or before May 14, 2007, and any response to these motions shall be filed within seven calendar days thereafter. No reply shall be filed without leave of the court for good cause shown.

4. The parties' proposed pretrial conference order and their respective exhibit lists shall be filed on or before May 18, 2007.

5. The pretrial conference is continued to May 21, 2007 at 11:00 a.m. All objections to deposition testimony to be offered at trial shall be submitted to the court at the time of the pretrial conference.

DATED this 12th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge