```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's motion for continuance, filing 124, is granted and the pretrial conference and trial are continued until further order.

Counsel shall call chambers and arrange a telephone conference once a personal representative has been appointed and counsel have conferred regarding further scheduling.

DATED this 9th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge