```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV373 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 11, 2007, the court ruled on plaintiff's motion for reconsideration, filing 129. The motion was thereafter stricken by the clerk for deficiency due to having no certificate of service. The plaintiff refiled his motion for reconsideration, now docketed as filing number 132.

IT IS ORDERED:

Plaintiff's motion for reconsideration, filing 132, is granted and after reconsideration, the request to rescind the court's previous order granting a continuance of the trial is denied. The court's previous order, filing 126, remains in effect.

DATED this 22nd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge