```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

HYRUM S. JOHNSON,              )
                               )
            Plaintiff,         )         8:05CV373
                               )
      v.                       )
                               )
UNION PACIFIC RAILROAD         )         ORDER
COMPANY, a Delaware            )
Corporation,                   )
                               )
            Defendant.         )
                               )

    Pursuant to the request of the parties to place this matter back on the trial docket,

    IT IS ORDERED:

1. The deadline for disclosure of expert and nonexpert witnesses is set for July 30, 2007.

2. The deposition deadline is set for August 31, 2007.

3. Motions contesting the admission of expert testimony at trial (see <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993)) shall be filed on or before September 5, 2007. Any response to such motions shall be filed within seven calendar days thereafter. No reply shall be filed without leave of the court for good cause shown.

4. Motions in limine shall be filed on or before September 17, 2007, and any response to these motions shall be filed within seven calendar days thereafter. No reply shall be filed without leave of the court for good cause shown.

5. The parties' proposed pretrial conference order and their respective exhibit lists shall be submitted to the undersigned on or before September 17, 2007.

6. The pretrial conference will be held September 24, 2007 at 1:00 p.m. in the chambers of the undersigned, Room 566 Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska. All objections to deposition

      testimony to be offered at trial shall be submitted to the court at the time of the pretrial conference.

7. Trial will be held October 15, 2007, beginning at 1:00 p.m. for a duration of 3 - 4 days in the courtroom, third floor, United States Post Office and Federal Building, 300 East Third Street, **North Platte**, Nebraska. Jury selection will be held at commencement of trial.

DATED this 5th day of June, 2007.

                BY THE COURT:

                s/ *David L. Piester*
                David L. Piester
                United States Magistrate Judge