IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HYRUM S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   8:05cv373 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF REVIVOR** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Whereas it has been shown that Hyrum S. Johnson, Plaintiff in the above-entitled action died on the 4th day of May, 2007, and the Court being fully advised of such death and the fact that Tammy Johnson, surviving wife of Hyrums S. Johnson, has been duly appointed as Informal Personal Representative of the Estate of Hyrum S. Johnson, Deceased.

Now therefore, on Motion of Ronald J. Barczak, Attorney for the Plaintiff in the above-entitled case and good cause appearing therefor,

It is Ordered that Tammy Johnson, Informal Personal Representative of the Estate of Hyrum S. Johnson, Deceased, be and hereby is, substituted as the Plaintiff in the above-entitled action in the place and stead of Hyrum S. Johnson, Deceased, and the caption shall be amended accordingly.

Dated this 31st day of July, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge