IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY JOHNSON, Informal Personal Representative of the Estate of Hyrum S. Johnson, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV373 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

A telephone conference was held with counsel this date concerning the plaintiff's request for the court to distribute settlement funds.  The court discussed the matter with counsel and concluded that a formal motion was necessary.

IT THEREFORE HEREBY IS ORDERED:

1.  Plaintiff is given until November 2, 2007 by which to file her request for specified action by the court.

2.  Defendant is given until November 13, 2007 by which to respond.

3.  No reply brief shall be permitted without further order of the court.

4.  A hearing on the plaintiff's anticipated motion is set to be held December 20, 2007 at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.  Plaintiff shall give notice to interested parties accordingly.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge