IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY JOHNSON, Informal Personal Representative of the Estate of Hyrum S. Johnson, Deceased., | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV373 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's supplemental motion in limine, filing 189, is denied as moot.

DATED this 2nd day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge